UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAMAREE GRAHAM,
                Plaintiff,

-v-

THE CITY OF NEW YORK, *et al.*,
                Defendants.

21-CV-10655 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Defendants were served on December 23, 2021. However, no response to the complaint has been filed in the allotted time. Plaintiff has not moved for a default judgment.

    Plaintiff is directed to notify the Court whether it intends to move for default judgment, or if it has received any communication from Defendants or their counsel regarding a response to the complaint.

    If Plaintiff fails by March 14, 2022, to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendants, the action may be dismissed for failure to prosecute.

    Plaintiff is directed to serve a copy of this order by mail on Defendants.

    SO ORDERED.

Dated: February 22, 2022
       New York, New York

_____
J. PAUL OETKEN
United States District Judge