UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAMAREE GRAHAM,<br><br>                              Plaintiff(s),<br><br>v.<br><br>CITY OF NEW YORK, et al.,<br><br>                              Defendant(s). | 21-CV-10655 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On October 24, 2023, the parties filed a joint letter regarding the above-captioned matter. *See* Dkt. No. 37. The letter stated that the parties reached a settlement and that the only remaining issue was the disbursement of settlement funds to Plaintiff. In the letter, Plaintiff requested that the case not be terminated pending receipt of payment. An order issued October 25, 2023, granted Plaintiff's request and directed the parties to file a joint stipulation of dismissal no later than November 24, 2023. *See* Dkt. No. 38. No such stipulation was filed.

It is hereby **ORDERED** that the parties shall file the joint stipulation of dismissal as soon as possible and no later than **December 1, 2023.** In the alternative, the parties shall file a further joint status letter informing the Court of the status of this case by **December 1, 2023.**

SO ORDERED.

Dated: November 27, 2023
         New York, New York

                                                                                    _____
                                                                                            DALE E. HO
                                                                                    United States District Judge