UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAMAREE GRAHAM,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>CITY OF NEW YORK, et al.,<br><br>　　　　　　　　　　Defendants. | 21-CV-10655 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

　　An order issued January 2, 2024, required the parties to file a status letter regarding the tendering of settlement payment in this case by January 26, 2024. *See* Dkt. No. 47. No such letter was filed. It is hereby **ORDERED** that the parties shall file the joint letter as soon as possible and no later than **February 1, 2024.**

　　SO ORDERED.

Dated: January 30, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DALE E. HO
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge